**IT IS ORDERED**

**Date Entered on Docket: December 4, 2019**

_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: )
                )      Case No.: 11-19-11568-TA
ALAMO BUS COMPANY, INC., )
                )
Debtor. )

## STIPULATED ORDER GRANTING BMO HARRIS BANK N.A. RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter came before the Court on the Motion for Relief from Automatic Stay for the Abandonment of Property filed on August 27, 2019, (DOC 32) (the "Motion") by BMO Harris Bank N.A. (the "Bank"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a) On August 27, 2019, Bank served the Motion and a notice of the Motion (the "Notice") on Chris W Pierce, Attorney for Debtor, by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Alamo Bus Company, Inc., A New Mexico Corporation, by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

(b) The Motion relates to the following vehicles (including any attachments, accessions, substitutions, or replacement parts)(hereinafter, the "Collateral"):

| Agreement | Year | Make | Model | Description | VIN |
|---|---|---|---|---|---|
| First | 2018 | International | 3000-Series | School Bus | 4DRBUC8N3JB522380 |
| | 2018 | International | 3000-Series | School Bus | 4DRBUC8N5JB522378 |
| | 2018 | International | 3000-Series | School Bus | 4DRBUC8N5JB522381 |
| | 2018 | International | 3000-Series | School Bus | 4DRBUC8N7JB522379 |
| Second | 2018 | International | 3000-Series | School Bus | 4DRBUC8N3JB151480 |
| | 2018 | International | 3000-Series | School Bus | 4DRBUC8N5JB151481 |
| Third | 2019 | International | INGB Series | School Bus | 4DRBUC8N2KB361117 |
| | 2019 | International | INGB Series | School Bus | 4DRBUC8N4KB350104 |
| | 2019 | International | INGB Series | School Bus | 4DRBUC8N6KB350105 |
| Fourth | 2020 | International | CE | School Bus | 4DRBUC8N2LB317801 |
| | 2020 | International | CE | School Bus | 4DRBUC8N8LB059123 |
| Fifth | 2020 | International | INGB Series | School Bus | 4DRBUC8N1LB828061 |

(c) The Notice provided for an objection deadline of 21 days from the date of service of the Notice, to which three days was added pursuant to Bankruptcy Rule 9006(f);

(d) The Notice was sufficient in form and content;

(e) The objection deadline expired on September 20, 2019;

(f) On September 17, 2019, Debtor filed a response to the Motion ("Response") (Doc 34);

(g) No other party in interest filed a response to the Motion;

(g) The Motion is well taken and should be granted as provided herein

(h) Debtor agrees to the relief requested; and

(i) By submitting this Order to the Court for entry, the undersigned counsel for Creditor certifies under penalty of perjury that, on the date this Order was presented Rose L. Brand & Associates, P.C. searched the data banks of the Department of Defense Manpower Data Center ("DMDC"), and found that the DMDC does not possess any information indicating that the Debtor is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), the Bank and any and all holders of liens against the Collateral, of any lien priority, are hereby are granted relief from the automatic stay to exercise its non-bankruptcy rights and remedies with respect to the Collateral. The automatic stay remains in effect unmodified with respect to the collection of any deficiency after sale of the Collateral, or any other amounts claimed to be owed by Debtor to the Bank.

2. The Collateral is abandoned from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Collateral therefore no longer is property of the estate. As a result, Creditor need not name the estate as a defendant in any state court action it may pursue to foreclosure liens against the Collateral and need not notify the Court of any sale of the Collateral.

3. Debtor will grant the Bank access to where the Collateral is located.

4. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

.

XXX END OF ORDER XXX

RESPECTFULLY SUBMITTED:

ROSE L. BRAND & ASSOCIATES, P.C.

By <u>/s/ Andrew P. Yarrington</u>
    ANDREW YARRINGTON
    *Attorney for Creditor*
    7430 Washington St NE
    Albuquerque, NM 87109
    Telephone: (505) 833-3036
    Andrew.Yarrington@roselbrand.com


APPROVED BY:

WALKER & ASSOCIATES, P.C.

By <u>Approved via email 11.27.2019</u>
    CHRIS W. PIERCE
    *Attorney for Debtor*
    500 Marquette N.W., Suite 650
    Albuquerque, New Mexico 87102
    Telephone: (505) 766-9272
    cpierce@walkerlawpc.com


Copied to:

Alamo Bus Company, Inc., A
New Mexico Corporation
Debtor
1537 S. Florida Ave
Alamogordo, NM 88310

5952-522-FB 11-19-11568-ta stipulated order granting relief from stay.docx mdb     4

Case 19-11568-t11     Doc 61     Filed 12/04/19     Entered 12/04/19 11:40:14 Page 4 of 4